IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TANGELA N. MOSELY,

    Plaintiff,

vs.                              CASE NO.: 4:06cv366-SPM/WCS

CAPITAL HEALTH CARE
ASSOCIATES, LLC. d/b/a
CAPITAL HEALTHCARE CENTER,

    Defendant.

_____/

## ORDER GRANTING JOINT MOTION FOR SPECIAL TRIAL SETTING

Pending before the Court is Defendant Captial Healthcare Associates, LLC's Unopposed Motion for Special Trial Setting (doc. 74). Given the issues with coordinating Defendant's witnesses, the Court will move this case from the March 17, 2008, Tallahassee trial docket and cancel the March 3, 2008, pretrial conference.

There is no time on the Court's March 31, 2008, calendar to accommodate the trial of this case. Furthermore, Defendant's motion for summary judgment remains pending. To keep the case on calendar pending a ruling on the summary judgment motion, trial will be continued to the May 19, 2008, docket. If the summary judgment motion is denied the Court will allow the

parties an opportunity to further mediate.  If settlement is not reached the Court will consider specially setting the case for trial.  Accordingly, it is

    ORDERED AND ADJUDGED:

    1.    Trial is continued to 8:30 a.m. on May 19, 2008, at the United States Courthouse in Tallahassee, Florida.

    2.    The March 3, 2008, pretrial conference and the March 17, 2008, trial are cancelled.  The pretrial conference will be reset by separate order, which will also establish a new deadline for submission of the pretrial stipulation and other papers.

    DONE AND ORDERED this 20th day of February, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge