IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TANGELA N. MOSELY,

    Plaintiff,

vs.                                              CASE NO.: 4:06cv366-SPM/WCS

CAPITAL HEALTH CARE
ASSOCIATES, LLC. d/b/a
CAPITAL HEALTHCARE CENTER,

    Defendant.
_____/

## ORDER CONTINUING TRIAL

    For good cause shown, Plaintiff's Consented Motion to Continue Trial (doc. 76) is granted. Trial is reset for 8:30 a.m., August, 18, 2008, at the United States Courthouse in Tallahassee, Florida.

    SO ORDERED this 7th day of March, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge